GEORGE WASHINGTON v. STATE.

185 So. 146,
Opinion Filed November 19, 1938.
Rehearing Denied January 4, 1939.

*Kelly & Casler, for* Plaintiff in Error;

*George Couper Gibbs,* Attorney General, and *Tyrus A. Norwood,* Assistant Attorney General, for the State.

BUFORD, J.—I think the record discloses no reversible error. There was evidence sufficient to support the verdict and judgment. The jury were the judges of the weight of the evidence and the credibility of the witnesses. The trial judge approved the verdict by denying motion for new trial and we should affirm the judgment.

Terrell, C. J., and Whitfield, J., concur.
Brown, and Chapman, J. J., dissent.
Thomas, J., not participating.